UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MELVIN RICHMOND,

      Plaintiff,

v.

SALEM COUNTY JAIL, et al.

      Defendants.

Civ. No. 12-5504 (RBK) (JS)

**ORDER**

For the reasons expressed in the Opinion filed herewith,

IT IS on this 26th day of November, 2013,

ORDERED that the Clerk shall reopen this case; and it is further

ORDERED that plaintiff's claim against the Salem County Jail is dismissed with prejudice for failure to state a claim upon which relief can be granted; and it is further

ORDERED that plaintiff's claims of deliberate indifference to a serious medical need against defendant Jane Doe nurse arising from the April 7, 2012 meeting and against defendant John Doe doctor arising from the April 10, 2012 meeting are dismissed with prejudice for failure to state a claim upon which relief can be granted; and it is further

ORDERED that plaintiff's claim of deliberate indifference to a serious medical need against defendant Jane Doe nurse arising from the April 12, 2012 meeting may proceed; and it is further

ORDERED that plaintiff's claim of deliberate indifference to a serious medical need against defendant Medical Services Provider of the Salem County Jail is dismissed without prejudice for failure to state a claim upon which relief can be granted; and it is further

1

ORDERED that within ninety (90) days after entry of this Order, plaintiff shall identify the unknown Jane Doe nurse who saw plaintiff on April 12, 2012 as alleged in the amended complaint, and shall file a second amended complaint so identifying the unnamed Jane Doe nurse, and shall provide to the United States Marshall Service sufficient identifying information to permit service of the summons and second amended complaint upon the Jane Doe nurse defendant; and it is further

ORDERED that plaintiff's failure to identify the Jane Doe nurse defendant within ninety days after entry of this Order in a second amended complaint shall result in dismissal without prejudice of the claim against her, for failure to prosecute; and it is further

ORDERED that the Court shall order service of the summons and second amended complaint on the Jane Doe nurse defendant when plaintiff has complied with this Order by naming the unnamed Jane Doe nurse in a second amended complaint; and it is further

ORDERED that pursuant to Local Civil Rule 10.1(a), plaintiff shall file a notice of a change of address within seven (7) days of the date of entry of this Order. Plaintiff's failure to comply with this Order by not filing his notice of change of address within seven (7) days may result in dismissal of this action.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge